IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEITH HAGGINS,  )
 )
    Petitioner,  )
 )
v.  )   CASE NO. CV409-117
 )
WARDEN DONALD JACKSON,  )
 )
    Respondent.  )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, the 28 U.S.C. § 2254 Petition is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 12th day of May, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA